**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **LEE J. ROHN, as representative of a class,** | |
| **Plaintiff,** | 2007-CV-0080 |
| v. | |
| **AT & T MOBILITY, LLC, formerly known as Cingular Wireless, LLC, SPRINT NEXTEL, INNOVATIVE WIRELESS, CENTENNIAL DE PR, and INNOVATIVE TELEPHONE COMPANY,** | |
| **Defendants.** | |

TO:   Lee J. Rohn, Esq.
        Henry L. Feuerzeig, Esq.
        Douglas C. Beach, Esq.
        Matthew J. Duensing, Esq.
        Kevin A. Rames, Esq.

**ORDER GRANTING DEFENDANT AT&T MOBILITY[,]LLC'S MOTION TO STAY**

THIS MATTER came before the Court upon Defendant AT&T Mobility[,] LLC's Motion to Stay Its Obligation to Answer or Otherwise Respond to the Third Amended Complaint Pending Resolution of Its Motion to Compel Arbitration (Docket No. 70).  The time for filing a response has expired.

Said Defendant has filed a motion to compel arbitration, which, if granted, would effectively resolve the claims against said Defendant in this matter as far as this Court is

*Rohn v. AT&T Mobility, LLC*
2007-CV-0080
Order Granting Defendant AT&T Mobility[,] LLC's Motion to Stay
Page 2

concerned. Moreover, other Defendants have filed motions to dismiss, which, if granted, would resolve the claims against those Defendants. Given the procedural posture of this matter, the Court will grant the said motion and, in addition, stay all discovery until the resolution of the pending dispositive motions or until further order of this Court.[1]

Being advised in the premises and upon due consideration thereof, it is now hereby

**ORDERED**:

1. Defendant AT&T Mobility[,] LLC's Motion to Stay Its Obligation to Answer or Otherwise Respond to the Third Amended Complaint Pending Resolution of Its Motion to Compel Arbitration (Docket No. 70) is **GRANTED**.

2. Defendant AT&T Mobility, LLC's obligation to answer or otherwise respond to the Third Amended Complaint is **STAYED** pending the Court's resolution of said Defendant's Motion to Compel Arbitration.

3. **All** discovery in this matter is **STAYED** until further order of this Court.

ENTER:

Dated: October 3, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE

---

[1] This Court previously has ruled that the mere filing of a motion to compel arbitration does not automatically stay discovery or the obligation to answer or otherwise respond.